■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY MILLER, Appellant. — Judgment, Supreme Court, Bronx County (Alexander Chananau, J.), rendered on December 22, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no

nonfrivolous points which could be raised on this appeal. Concur — Ross, J. P., Fein, Lynch, Milonas and Alexander, JJ.